# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**MARIA DEL ROSARIO GARCIA DE MENDOZA,**

      **Plaintiff,**

  **vs.**                                               **CIV. NO. 1:20-00882-SMV**

**KILOLO KIJAKAZI,**
**Acting Commissioner of**
**Social Security,**

      **Defendant.**

## ORDER

      Defendant, the Acting Commissioner of Social Security (Commissioner), by and through her counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

      Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings.[1]  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

SIGNED August  25 , 2021

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted August 25, 2021*
VICTORIA V. JOHNSON
Special Assistant United States Attorney

*Electronically approved August 25, 2021*
LAURA JOELLEN JOHNSON
Attorney for Plaintiff