## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MARIA DEL ROSARIO GARCIA DE
MENDOZA,

      Plaintiff,

vs.                                       CIV. NO. 1:20-00882-SMV

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security,

      Defendant.

## **ORDER**

Upon consideration of the Stipulated Motion for Award of Attorney Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, the Court finds the Motion (Dkt. No. 26) should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff is awarded attorney fees in the amount of $5,279.60 under the Equal Access to Justice Act, 28 U.S.C. § 2412, made payable to Plaintiff as the prevailing party herein and Plaintiff is also entitled to costs in the amount of $400.00, which is to be paid from the Department of Justice's Judgment Fund, 28 U.S.C. § 2412, not agency funds.

IT IS FURTHER ORDERED THAT, if Plaintiff's counsel is subsequently awarded any fees pursuant to 42 U.S.C. §406(b), she must refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

...

2

SIGNED November 19, 2021

                                                  STEPHAN M. VIDMAR
                                                  UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted November 19, 2021*
VICTORIA V. JOHNSON
Special Assistant United States Attorney

*Electronically approved November 19, 2021*
LAURA JOELLEN JOHNSON
Attorney for Plaintiff